shall become void both as to any existing or future liabilities thereunder unless the aforesaid notice shall have been given as provided for."

HOPKINS, PEFFERS & HOPKINS, for appellant.

JULIUS GOLDZIER and WILLIAM A. JONESI, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

INDEMNITY, § 12*—*when obligor in fidelity bond discharged from liability for failure of obligee to give notice.* Where a fidelity bond was given to a fraternal Order by a surety company to indemnify the Order against larceny or embezzlement on the part of its treasurer, the bond providing that the Order on becoming aware of any shortage should notify said surety company within ten days, *held* that the surety company was discharged from any liability for the reason the Order failed to give the notice within the required ten days, it appearing that the officers of the Order had definite and accurate information as to the exact amount of the shortage in the treasurer's accounts more than ten days before giving the notice.

---

## Harry A. Biossat, Appellee, v. Sarah Betz Eckhardt, Appellant.

### Gen. No. 19,880.  (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed October 13, 1914. Rehearing denied October 27, 1914.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by Harry A. Biossat against Sarah Betz Eckhardt to recover the sum of twelve hundred and fifty dollars claimed to be due as the subscription price of twelve and one-half shares of capital stock issued to the defendant by the African-American Ostrich Feather Company. The defense was that the stock was fully paid for. The trial court found that there remained unpaid three hundred and fifty dollars and entered judgment in favor of plaintiff for that amount. To reverse the judgment, defendant appeals.

ROMAN G. LEWIS, for appellant.

HARRY A. BIOSSAT, *pro se.*

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

CORPORATIONS, § 1062*—*when finding as to payment of subscription price of stock sustained by the evidence.* In an action for the subscription price of shares of capital stock, a finding by the trial court that a certain amount remained unpaid *held* sustained by the evidence.

---

## Iona V. Hassett, Appellee, v. Timothy F. Hassett, Appellant.

### Gen. No. 19,896. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed October 13, 1914.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.